**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RUSLAN KAZIEV** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  26-4837** |
| | : | |
| **JAMISON**, *et al.* | : | |

# ORDER

**AND NOW**, this 24ᵗʰ day of July 2026, upon considering the petition (DI 1), and the government's response (DI 3), it is **ORDERED** petitioner shall file a reply brief no later than **July 29, 2026**.

_____
**MURPHY, J.**