**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RUSLAN KAZIEV** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-4837** |
| | : | |
| **JAMISON,** ***et al.*** | : | |

# ORDER

**AND NOW**, this 7th day of August 2026, upon consideration of Ruslan Kaziev's petition for writ of *habeas corpus* (DI 1), the government's response in opposition thereto (DI 3), and Mr. Kaziev's reply (DI 5), it is **ORDERED** that Mr. Kaziev's petition is **GRANTED** for the reasons outlined in the accompanying memorandum. Accordingly, we **ORDER** as follows:

1. The government shall **RELEASE** Mr. Kaziev from custody immediately and certify compliance with this order by filing on the docket no later than **5:00 p.m. ET** on Monday, **August 10, 2026**;

2. The government is temporarily enjoined from re-detaining Mr. Kaziev for seven days following his release from custody;

3. If the government chooses to pursue re-detention of Mr. Kaziev after that seven-day period, it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

4. Pending the ordered bond hearing, the government cannot remove, transfer, or otherwise facilitate the removal of Mr. Kaziev from the Eastern District of Pennsylvania before the ordered bond hearing. If an immigration judge determines that Mr. Kaziev is subject to detention under 8 U.S.C. § 1226(a), the government may request permission from the court to move Mr. Kaziev if unforeseen or emergency circumstances arise that require him to be removed from the District.

Any such request must include an explanation for the request as well as a proposed destination.

We will then determine whether to grant the request and permit transfer of Mr. Kaziev.

/s/ *John F. Murphy*
**MURPHY, J.**